UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WELLINGTON INDUSTRIES, INC.,   CASE NO. 2:13-CV-13459
                               JUDGE NANCY G. EDMUNDS
       Plaintiff,              MAGISTRATE JUDGE PAUL J. KOMIVES
  v.

JCS TECH. CO. LTD. and
JCS TECH AMERICA, INC.,

       Defendants.
                                           /

## SUPPLEMENTAL ORDER GRANTING PLAINTIFF'S AUGUST 29, 2014 MOTION FOR LEAVE TO CONDUCT DEPOSITIONS (Doc. Ent. 26)

On October 7, 2014, I entered an order (Doc. Ent. 35) granting plaintiff's August 29, 2014 motion for leave to conduct depositions (Doc. Ent. 26). My order provided that the depositions of Jerry Sou and a corporate representative of JCS Tech. Co. Ltd. should be taken at a date and time to be agreed upon by counsel for the parties. My order further provided that if counsel were not able to reach such an agreement, they may contact my chambers to request a discovery conference to settle the issue of the timing of these depositions.

On October 15, 2014, I conducted such a conference. In accordance with that discussion, the parties must continue to confer and agree upon the dates and times for the two aforementioned depositions. Moreover, the parties must submit a joint statement to Judge Edmunds's chambers if the transcript of these depositions will not be available at the time of the hearing on defendants' August 14, 2014 motion for summary judgment (Doc. Ent. 22), which is currently scheduled for October 22, 2014 (Doc. Ent. 25). Finally, either or both of the parties may retain the services of a Korean translator at these depositions, in which case the parties may request that the court reporter swear the translator(s) to the accuracy of his/her(their)

translation(s).

      IT IS SO ORDERED.

      The attention of the parties is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S.C. § 636(b)(1).


Dated: October 15, 2014        s/Paul J. Komives
                                      PAUL J. KOMIVES
                                      UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on October 15, 2014, electronically.

                                        s/Michael Williams
                                        Case Manager to the
                                        Honorable Paul J. Komives